Case number 21-1131 Gun Owners of America Inc. et al. versus U.S. Department of Justice et al. Oral argument, 15 minutes per side. Mr. Olson for the appellants. Good morning, Your Honor. Good morning. May it please the court. This case involves two fairly simple statutes, one state and one federal. The federal statute requires that in order for a gun law of the state provides that a state official has verified the information available to him does not indicate that possession would be prohibited. Now, the Michigan statute in turn requires more than that and thus clearly qualifies. It requires that before a permit is issued in Michigan, someone has determined that the applicant is not prohibited. Now, it is our position that that is the law of the state of Michigan. Unfortunately, the district court below did not believe that that text was the law. The government below claimed that the Michigan State Police had reinterpreted state law and that state law had thereby changed. Counsel, can I ask you a question? You know, one of the things that seems very strange about this case is we're debating the meaning of the law of Michigan and yet we don't have the perspective of the Michigan Attorney General. And, you know, one thought I had is, you know, there's a procedure in the federal rules when the validity of a statute or practice is challenged that the federal courts are allowed to serve the state attorney general that the dispute concerns and get their views. Would you have an objection toward doing that in this case? Your Honor, I don't think that that would matter. Even if the Attorney General of Michigan came in and presented an opinion, there's actually a Michigan Supreme Court decision from 1985, Beer and Wine Association versus Attorney General. We cite that in our briefing and it says that an attorney general opinion does not carry the force and effect of law in Michigan. So, even if the Attorney General had a position, I think that that would not be a definitive answer. Well, I don't know that case, so I have to reserve my thoughts about it. But generally speaking, I have a pretty high conviction that the position of the Michigan Attorney General is quite relevant to the meaning of state law in the absence of a state court decision. Well, for example, Your Honor, if the Attorney General decided that... Why out of what's the downside? I don't know that it matters because we have the state statute, which we think is unambiguous that requires that a state official do this thing. And ATF's position in this case... Okay, but you can keep going down this road, but I'll just tell you where it ends in a very big abyss over a cliff. Because you have to concede if you're going to be reasonable that if a state, as a matter of enforcement practice custom, does not do what the state law says, that shows the state law doesn't mean what it says. I mean, there's just no doubt about the reality that we got to, at some point, look at what's happening on the ground. And an opinion of the State Attorney General is very effective on that front. Well, I think that the statute that your position is, again, you want to stick on this road, so we'll follow you down the road. You want to take the view that the statute says we do what federal law says. And in a world in which the state police said, we don't even look at NICS. We don't do anything. You would say doesn't matter because the state law respects and has parity with the federal law. That's where you want to fight this battle on that hill. So go for it, if that's what you still want. Well, your honor, the legislature of Michigan, when they passed this statute in 2005, this is what they were trying to do. They were trying to, and there's a legislative analysis that we refer to, and it says that they were trying to align the state statute with federal law. So if there's some Attorney General opinion... You're refusing to listen to the other side's argument. The other side's argument is, yeah, yeah, yeah, the state law says the right thing, but they're not doing what the state law says. Now, I don't think that's accurate, but your argument permits them to say that because you want to say as long as the state law says the right thing, it doesn't matter if the state police are doing nothing or as is the reality here, and I wish both parties would actually engage with the hard issue in the case. The state police are trying, but it actually turns out to be very difficult to enforce this federal law. That's where the rubber meets the road, and that's where so far neither side is actually engaging with the hard question. Each side has their head in the sand looking away from the hard question, and so far that's the approach you've taken. I can certainly address that argument. We do discuss that issue in our arbitrary and capricious claim that we have a very simple solution to this. We have an FBI which conducts 40 million NICS background checks a year. They have people there around the clock who are experts in the subject matter who make these determinations every single day when they find someone in NICS that there's a potentially prohibiting record where the NICS system doesn't know, and we're dealing with misdemeanor crime of domestic violence in this case where something comes up, and it's not necessarily in Michigan. It could be in Hawaii or Nebraska, and the FBI, when they do a background check for a gun sale, if there's this record, they will go and they will pull in that information. Oftentimes, it requires going to the state courts, looking at the trial transcripts even, and they bring these things. Okay, so I'm now just really confused what your position is. Is your position that the state police are doing what the feds want, and they don't mind ferreting out exactly what happened, for example, with a misdemeanor domestic violence conviction as to whether it had the right relationship between the parties that federal law is concerned about? Are you making the point you're fine with that obligation being thrust on the Michigan state police, and your view is they're doing it just fine, and the feds have no right to complain, or is your view, no, all the state officials have to do is look at the NICS system, and for some things, that's really easy, but they have no obligation to look further. I'm now completely at sea as to what your real argument is. I think that the latter there is what the federal statute says, that you have to verify that the information available, and since 1998, ATF has said the information available is what is in the NICS system, and so that's what the Michigan state police is doing. Wait, can I stop you there? Does ATF take the position that it's only what's in the NICS system? So in other words, if I work at the MSP, and I have like a stack of files on my desk relating to somebody who's applied for a CPL, I have a stack of domestic violence convictions on my desk. I ignore those. That's not the information available to me, or I only check NICS. Well, that was ATF's position in 1998, that the information available was a NICS check. Now, they are saying that they have to go beyond the information available, and they have to track down any lead, whether it's a Michigan file sitting on their desk, or whether it's something that happened a thousand miles away, that they have to go, and they have to track that down. I thought everybody agreed that NICS, the information available includes NICS. That's different than saying the information available is NICS and NICS only. So where does ATF say it's NICS and NICS only? I'm hopefully quoting right. I can find it in the interim. It was a 1998 memorandum that the ATF wrote about this whole process, and it was... Well, just to be clear, you're making the point that you don't represent the ATF, but the ATF said in 1998 it was NICS only, and you're making the point since 1998. ATF, they'll argue in a minute, has said it goes beyond that. That it now includes finding these other records, making determinations about the interplay of potentially another state statute and federal law, something that Michigan authorities are not experts in either. And then if they determine that a person is in fact prohibited, ATF is now demanding that they add that person. Isn't there some reasonable... I mean, Judge Larson's example where the state police, it's right there. It may not be on NICS, but it's so easy to figure out. Seems like one set of problems. And then dealing with Arizona's misdemeanor domestic violence conviction seems like another set of problems. The Michigan State Police does not have that on their desk likely. Isn't there some way to work this out where maybe the Michigan State Police focus on just the Michigan convictions, and that really is available to them because they are, after all, Michigan State Police, but that maybe this obligation doesn't extend to other states? I mean, that seems like a reasonable compromise. I certainly... And we've pointed that out, that there are very easy ways for this to happen. And either ATF or FBI could... I think we're dealing with... Well, would you accept that compromise? I think Michigan, the position that they took in the audit was that they were not subject matter experts, and this was very difficult for them to do. And they didn't want to wade into this thicket. And they wanted... I know. That's why it's called a compromise. Compromise means you don't go back to your position. You cede some ground, but get something in return. The compromise is, why can't the Michigan State Police be responsible for looking at Michigan records that they have the comparative advantage of the whole world, but that that duty ends at their border? Why? Again, just trying to find a way to do this that's sensible. Well, Your Honor, I don't speak for Michigan and certainly can't enter into any kind of... Ah, hence the Michigan AG idea, which you were not for at the beginning. But now you're implicating. Well, my point remains that even if the Michigan Attorney General came down with some opinion that was contrary to what the statute requires, I don't think that she is in a position to override what the state statute says. That's our position, Your Honor. Counsel, can I ask you a couple of other questions? So first of all, does Mr. Roberts have a valid Michigan CPL? He does, Your Honor. Will it expired according to the record in February of 2021? I believe it's been renewed. I guess we can verify that. Because he only wants prospective relief, right? So the relief he wants is to go use his CPL to buy a gun sometime in the future. But if he doesn't have one... You're understanding it. Sorry. I just don't know where that is in the record that he has one. The other question is, can you explain to me what is the benefit to Mr. Roberts of going through using his Michigan CPL versus going through NICS? How is he injured by going through the NICS system rather than using his Michigan CPL? Well, he has a valid Michigan permit, Your Honor. And it's something that Congress specifically said in statute that if he has this thing and it qualifies that he is allowed to use it in order to bypass the NICS system to get a gun without having to go through a NICS background check. It is ATF that's come along and said, we don't care what Congress says and we're going to force him into this. No, I understand that the statute makes door A use your CPL and door B go through NICS, both available. What I don't understand is why does Mr. Roberts want to go through door A rather than door B? What difference does it make to him? Because he has said, if I go through door B, the NICS, you make me go through the NICS, it won't matter. I'll still get my license. Right? I'll still get my gun. Nothing is guaranteed. There are a lot of wrongful delays, wrongful denials that occur within the NICS system. But I think when you're dealing with an enumerated constitutional right, the ability to acquire a firearm and Congress provides you a way to not have to get government preclearance in order to exercise that right, I think that's a real benefit that gun owners would want to avail themselves of. And obviously there are, this is the way people have done it a very long time, a very large number. But is it, is it, I mean, is it delay? Is it like what, how is he harmed other than, so I feel like there's two doors here, door A, door B. Behind, as far as we know from the materials you've submitted, door A and door B are exactly the same. There's nothing different behind door A and door B because Mr. Roberts says, if you make me go through door B, I'll still get my gun. He hasn't said it will take me longer if I go through door B. He hasn't said there's any, I just don't know, explain to me what the difference is between door A and door B. Well, Your Honor, Congress created this benefit in a statute. Congress thought that this was this alternative process. But I don't understand that. I mean, in the trans union case, the same thing is true, right? So Congress and the Supreme Court said five to four over a good dissent by Justice Thomas, but a dissent nonetheless, that an injury in law is not an injury. In fact, you have to show how, you can't just say ATF is violating the law. You have to say ATF is violating the law in a way that imposes some real world harm on my client. So what is that? How is it different? The fact that my client has a permit and Congress says, you do not have to go through a background check and he's being forced by ATF to go through a background check. I don't think that's an insignificant thing, Your Honor, to be subjective. Because why? Because if he went through the background check, I mean, next checks are basically instantaneous, right? So, well, they sometimes are increasingly or not. We actually have a list in another case from the FBI with dozens of outages over the past couple of years, even, and some ranging from three minutes to 20 hours sometimes. So this is not- And is any of that anywhere in this record? Like why am I- Not with this plaintiff, Your Honor. Yeah. So, I mean, we're at summary judgment stage, right? And you have one plaintiff and it kind of- your organizational standing kind of stands and falls with him, right? GOA is representing thousands of people who also have permits, Your Honor, and are in similar situations. No doubt some of those people experience delays. We do not have one of those no doubt happening. And depending on- You never even allege that there is any- I mean, I had to ask you an argument because I can't find it anywhere in the record that there is any kind of delay. Depending on when Mr. Roberts went and tried to purchase a gun, there is a likelihood that the NICS system could be down at any given time because it does go down. And this happens not infrequently and not for insignificant periods of time. Okay. There's no bearing. I understand that it's constitutional right. And so, a delay in accessing your constitutional right, maybe that's a harm. It's not one that- I had to- you didn't allege that. I think- I don't even think a delay is necessary. I think just having to go through a background check. If we were talking about other constitutional rights and there was just an right, I think we might be in a very different situation. I just- But isn't that a substantive complaint? That's a complaint that the Brady Bill itself, the substantive provisions of the Brady Bill are unconstitutional under the Second Amendment. That's your argument that you shouldn't be required to go through a background check before you exercise your Second Amendment rights any more than before you exercise your First Amendment. That's not this claim. Well, obviously, I think that to be true. That is not what we're alleging here. But we are alleging that Congress has provided this benefit to people who go through the trouble to apply and obtain a state permit and then ATF just is denying it to them without any authority in the statute. But I see my time has long expired. But I want- Judge Larson has questions. We should continue with them. No, I'm- it's fine. Okay. We'll hear from the other side then. Thank you. Good morning. It may have pleased the Court. Courtney Dixon for the Department of Justice. I can start where the Court left off just briefly on the standing question. I take plaintiffs to be arguing that they have a congressional entitlement and ATF has allegedly violated the law. But Judge Larson, as you know, the Supreme Court has made clear time and again in the TransUnion case, in Spokane, that Article III requires a concrete injury even in the context of a statute. Well, why are those cases relevant here? Those are cases where Congress purported to create an injury through a cause of action and then award damages for their decision that that was an injury. That seems to me just a very different world of standing cases from the situation in which Congress says, think of it as a free speech permit. You can have a state permit to speak in the park. They decide to give you two options. One of them, the state one has the virtue of lasting five years. The state one also has the benefit of, you know, dealing with the mismatch problem. You don't have to get into this problem of figuring out sometimes whether something's state or federal. If it was a free speech permit to speak in a park and the government said, we're not going to let you use one of them, you're not allowed to sue to say Congress said we get to use one or the other. I don't, that just strikes me as bonkers that that's not an Article III injury. Your Honor, again, I think plaintiff's allegations in the complaint essentially boil down to them saying that ATF has allegedly violated the law. Plaintiffs haven't identified how they... So wait, that's the, that is the APA. That is exactly what it says. We allow causes of action to make sure that agencies are complying with the law. This happens all the time. And all you have to show is that what the agency did affected you. Here, the right Congress gave them to use a state permit, taken away a five-year permit. You know, as to the allegations or what they did below, I would put the blame on the federal government on that front. You did not raise standing below. My recollection is you raised standing when we asked you about it. Yes, Your Honor. It's very funny to say it's their fault. Well, it's plaintiff's burden to establish jurisdiction, Your Honor. What's a case where Congress says you can, you have a free speech license, whatever the constitutional right is, you have two ways to exercise it. Here's the licensing regime. Here's one, here's the other. They are different. You have to acknowledge they're different, right? The five-year point? Certainly, Your Honor. And that's valuable to somebody because once you have it, you get it no matter what happens in the intervening years. So that has value. There's a reason for doing it. It's obviously local. What's the U.S. Supreme Court's case that says you can't challenge the denial of one of those options the federal government gave you? Our point, Your Honor, is only that it's plaintiff's burden to establish their standing. No, what's the case? What's the case? I get the burden point. What's the case? Your Honor, I take the point that Spokeo is addressing slightly different points, but the Supreme Court again... How about a case that's close? How about a case that's close? Government gives you two options. Illegally, you have to accept that. It legally removes one of them from the individual. You don't get to challenge that? You're right. The plaintiffs have to say how they've been harmed by that. If there's no injury, then there's no satisfaction of Article 3. Five years? Why isn't it five years? It's a different license. It's supposed to let you challenge it at the end of the five years? Is that what you're saying? Your Honor, my point is only that the court is left to speculate about why plaintiffs are injured by this. Whether it's a delay, whether it's the five-year benefit, whether it's a potential denial of the ability to have a firearm, the court is left to speculate about why plaintiffs are injured by this. And our point is only that... It's just a denial of ease of exercising a speech permit point. Your Honor, again, our point is only that based on the allegations and the complaint and the affidavit that Mr. Roberts submitted, because we are on summary judgment here, again, the court is left to speculate about why plaintiffs say that they are injured by this law. And it's plaintiff's burden to establish standing. And our point is only... What is speculative about saying I have a constitutional right to have a gun? The federal government has said there are two ways to buy the gun. They're taking away one of those ways, including the local way that is five years and avoids the mismatch problem. What else is needed? I don't get it. You're supposed to, on a free speech case, you're supposed to wait till you go to the park and you want to speak and you can't? Is that how this works? No, Your Honor. But simply, again, the court is left to speculate about what plaintiff's injury is here and that they haven't identified why they are concretely injured by this other than to say that ATF has violated the law. And the Supreme Court has said, again, that Article III requires a concrete injury even in the face of a statute. Violated the law by taking away a permitting option that they want to use and that Congress expressly gave them. That's the completion of that sentence. And again, Your Honor, I think, again, what plaintiffs have alleged here is the Spokio Transunion is not helpful to me, speaking only for myself. I find some cases, but I don't see any appellate cases that support this. And I really find that proposition pretty astonishing. Your Honor, I think that, again, the principles in Spokio apply here, but I'm, again, happy to turn to the merits because I know that we have... I want to make sure I can address the court's questions on the merits in the time that I have. And turning to the merits, I mean, as we've stated in our brief, it's quite extraordinary if ATF were to second-guess state officials' interpretation of state law and continue to qualify permits as Brady Act alternatives, even though ATF knows that state officials don't interpret state law in that manner, even though ATF knows that state permits are going out the door without a full background check as required under the Brady Act. And again, as we noted in our brief, that would be contrary... used for two permitting systems, and one you're okay with and one you're not. And it just seems like what you're really saying is the state isn't doing a good enough job with enforcing as opposed to interpreting the state law. That's what seems odd to me about the case. And that seems to me very transitory. The record, Your Honor, indicates that the other Michigan permit, the license to purchase, are administered by local police departments. The Michigan state police administers, again, the concealed pistol licenses. ATF has been communicating with Michigan state police officials, and they've told ATF that in their interpretation of state law, they are not required to conduct further research and make final determinations as to misdemeanor crime of domestic violence convictions. Are the local police... what exactly are the local police doing? Are they looking at, for example, out-of-state convictions that have some of these mismatched problems like domestic violence or frequent addicted users of drugs who have misdemeanor convictions? Are they going and looking at the other states to make sure that these aren't people that have relevant convictions? Your Honor, my understanding is that the local police, with the licenses to purchase, are continuing to qualify. Certainly, all the details about that is not in the record here because the record here addresses the concealed pistol licenses and ATF back and forth with the Michigan state police. And based on that record, ATF, again, understands from Michigan state police officials who are communicating with their legal counsel that their interpretation of state law has changed from what it was prior. ATF appropriately deferred to the understanding of Michigan state law that it and ATF is appropriately implementing the requirements of the Brady Act by saying... What kind of authority do you require? So, like, what if some line attorney, low level, you know, straight out of law school person, attorney at the Michigan state police said, yeah, this is how I read state law and communicated that to you. I guess one thing that's concerning is Mr. Olson says, well, only the law of the state is only a statute. And maybe we want to say, well, maybe that's not right. Some executive branch official could interpret the law of the state in a way that we could interpret the statute and we would count that as the law of the state. But surely it can't be anybody who works for the government can tell you what the law of the state is and you'll take that as authoritative. So how do you draw that line? The record here shows, again, that ATF conducted an audit with the Michigan state police, Michigan state officials communicated with ATF through that audit. They responded to ATF's questions. They were discussing with ATF how they viewed their legal requirements, how they were implementing law. ATF, of course, as the record shows, you know, tried to meet with the Michigan attorney general firsthand. The Michigan attorney general was not interested in a meeting. ATF has sent a letter to the Michigan attorney general. ATF has no reason to believe that the Michigan attorney general holds any different view than the Michigan state police, who again, are the officials responsible for communicating with ATF about this statute. They have said that they're acting pursuant to direction from their legal counsel, and they are acting pursuant to that. ATF knows that concealed pistol licenses are being issued in Michigan based on this And what if the attorney general told you something different, told you, oh yeah, what Bill Schuette said and Mike Cox said, that's still the law. So the Michigan state police needs to do it. Would that solve the case? That would be a different record before. By definition, it would be different, but wouldn't that fix the problem? In saying that the record will be different, I mean that ATF would have to think seriously about the information before it in that circumstance. Certainly it would be troubling if ATF, if some officials in the state were saying that law meant one thing, other officials in the state were saying something different. It took Judge Larson to be saying something else, that if we say got input from the attorney general, either a brief, whatever, and just put to the side what they've been doing in the past, but they said, yes, we do think it's appropriate for the state police to ensure that there's no violation of these federal requirements. That would, that'd be pretty helpful, wouldn't it? Going forward. That's the state attorney general. That's the state attorney general. Yes, your honor, going forward, that would be important information for ATF. And again, ATF has been communicating with the Michigan attorney general's office, sent a letter and said, you know, your permits can qualify again. This is just, you know, we need the state to be doing the kind of Can I ask a question about just the statute? So if I were in your shoes or your client's shoes, I'm very comfortable with the policy, why one would want to administer the statute the way the federal government's administering it. That's not lost on me. So don't worry about that when I asked that question. I'm focused on just, you know, what does the law actually require? I quite agree with you. It's not just, you have a good statute and that's the end of it. I mean, have a good statute, but no one's doing anything. I'm with you. That wouldn't count. But this is excruciatingly difficult. And, you know, it says, verify that helps you. Then it says information available. And that just strikes me as quite difficult to sort out what that means, particularly in these really difficult mismatch problems. You know, we know it's domestic violence misdemeanor. We have reason to think it's an habitual drug defender. Maybe there's like three misdemeanors, but what's habitual. I guess I have a little sympathy with government officials saying we're between a rock and a hard place with those refined issues. And we don't think that's our job. It says information available. And for us, you know, Judge Larson's earlier question, you know, they've got it right in their desk. It really is obvious. The record of the conviction, say domestic violence, confirms it's a prohibited relationship. That seems to me quite different from the one where, you know, like federal sentencing law, you've got to go find out exactly what happened. And I guess I find that even more true when you go outside Michigan, where they're not even experts on these other states. So I'm not sure where the line is. I find that I find that to be the hardest part of the case. And also, frankly, why I think the standing stuff is silly, because no one knows this with most challenges. This is really hard to figure out where the line is. So how do we figure out the line? Do you see information is available? Anything you could find if you spent 30 hours? Anything you could find within 15 minutes? What is it? You know, I guess there's a few ways that I could start by responding. I guess I'll say, you know, here, based on the communications with the Michigan State Police officials, the Michigan State Police officials were querying information from the NICS database, get the information, but they didn't feel like they were required or, I guess, had the expertise to do further research and then make final determinations as to maybe they didn't want to deny a permit and sued for denying the constitutional right. They are in a difficult spot. And you know, if the Michigan State Police, if Michigan officials don't believe that they're required under their state law to do this type of determination... No, this is a federal law question. No, I simply mean that if Michigan State Police, under their state background check system, doesn't think that they're required to take the information that they get from the NICS system and make final determinations, the FBI can make those final determinations. It just means that Michigan concealed pistol licenses aren't going to qualify under 922 T3 as a Brady Act alternative. When someone goes to buy a firearm in Michigan, the... Okay, you're on the policy thing, which I accepted from the outset. The statute says information available. What does that mean? How many hours of research must they undertake to satisfy? Is it the truth? We just get to the truth no matter what, no matter what state? Or is it something that's readily available? I don't think that anyone disputes here that the information available includes the information in the NICS system. Of course, I got that. That's simple. It says felony. That's not the problem. This audit is about things like habitual drug offender, domestic violence, misdemeanors. Are we in agreement that that's what the problem is? I believe that once someone queries the NICS system, and I apologize if I'm getting in front of my skis here, but I think once someone queries the NICS system, they could get many records back indicating potentially disqualifying offenses. Then they would have to look at the information that was returned from the NICS system, the actual files and conviction records, and then might have to, again, see if it's a specified domestic relationship, see if the person... Your view, this is, I guess, surprising to me, but it's great if it's true. Your view is that the NICS records, for example, on domestic violence misdemeanors always would show the relationship and therefore be very simple to implement in terms of figuring out if it's a prohibited relationship for domestic violence under federal law. I thought that was not true. It might not be easy in all cases. Again, there might be... That's the hard question that neither of you wants to come to grips with. What do we do about that? I guess I don't think that it's necessarily an issue here where exactly those bounds are, because the dispute here, or dispute, if you want to say, I think the conversation here between the Michigan State Police and ATF, where the Michigan State Police would say, we get these records back, it's potentially going to require further research, it's going to require judgment calls about whether this is a specified relationship, and the Michigan State Police said, we don't think required under our law to make those determinations. And I'm asking you, what are they required to do? I still don't know the answer to that question. You're trying to characterize them as saying, we won't look at all. That seems a little unfair, but what I will accept is they're not doing intense research to figure it out, and I thought you were saying NICS will tell you all the information, and then I think you paused because you realized, to quote you, you were getting ahead of your skis, or over your skis. I mean, I don't think the NICS database tells you all the relationships of every misdemeanor, domestic violence conviction. I wasn't meaning to suggest that, Your Honor. What do we do about that problem? What's the answer to that problem? Right, Your Honor, again, I think you and I are agreeing on a lot of stuff here, which is that there can be complicated judgment calls. What do we do about that problem? Does that allow ATF to say, we did an audit, we found you issued a license to somebody, and we did some more research and it was a domestic violence misdemeanor conviction, which involved the kind of relationship the federal law regulates. We yank the permitting system. Is that how this works? No, Your Honor, and I want to be clear, again, this is to just underscore, again, the reasonableness of ATF's actions here. ATF has communicated with the Michigan State Police. That's in the record. ATF offered to provide guidance to Michigan State Police officials about how to make these determinations. ATF has, again, I think, worked over a couple of years now with the Michigan State Police about these questions. The Michigan State Police said, you know, we're not going to make these final determinations. We're advancing permits without... All of this suggests to me that this is a case where there's room for negotiation, even mediation. In other words, because you're not able to articulate a clear line here. Their only line is, we don't want to do anything after we look at the NICS. We'll just look at the NICS information. We're not going below it. And I'm just saying there's a reasonable middle between those things. You know, the statute says that the officials have to verify that the information doesn't indicate the possession of the license. Information available, information available, right? And again, that includes the information returned from the NICS system. It's not enough for state officials to get potentially ambiguous information, throw up their hands. Well, maybe you did just identify a line. Is a fair line that all they have to do is look at the records that come back from NICS, not just the caption, but whatever's in NICS. Is that the information available? And if they decide from that, that there's nothing that bars the license, then they can issue it. Would that be fair? Again, I want to speak, I guess I'm speaking in the abstract here about what the information returned from NICS is. And as your Honor indicated, I don't want to get out in front of my skis, as I said before, but I, again, I don't think that NICS is, I don't think we're, I'm sorry. I think that. Well, I was just going to say, I mean, the text of the statute would suggest that's not a terrible line. That whatever NICS has available, if NICS shows a bar, in other words, it's not just, you can't just say domestic violence misdemeanor is a bar because that's not how the federal law works. So then what you would do is you'd look at it, you'd look at what NICS sends back. If NICS shows it's the kind of relationship that counts for federal law, they got to deny. But if it's silent, then they can grant. That's, that seems consistent with verify information available. I don't, I don't know your Honor. And is needed. If you're, if you have an indication that someone might be prohibited from possessing a firearm, no matter where the information is, it's available under your theory. I, you know, I guess I'm struggling to come up with a concrete line because I don't think that that's at issue in this case. In this case, the Michigan state police, again, who have been communicating with ATF about this for years said, we're not going to conduct further research. We're not going to make final determinations on this. We don't think that we're required to do it. ATF said, okay, the FBI will do that through a NICS background check. That was reasonable based on the record before ATF. I don't think the court needs to decide, you know, on, on the line, on the margins, what is the, the information available each in a particular case, especially when, again, I don't, I don't know if on this record we could even. How can we, how can we say win without telling the state police what they did wrong? You know, the state police told ATF that they weren't making these final determinations or conducting research. You're using these general phrases when best I could tell final determination could be based solely on what's in NICS. In fact, I thought that was their position in candor. Again, the record before in, in the record before the agency, the record here is that the Michigan state police were getting information back and then weren't conducting further research. And again, I don't think that we can say on the record here, whether, you know, okay, how far, how many steps did they go down the rabbit hole before throwing up their hands and what would be reasonable here? They said we're not conducting further research. We're not making final determinations. And those also, I mean, I think that's, that's pretty clear. Your honor is that they said, we, we don't think that we're required to make these final determinations about misdemeanor crime of domestic violence convictions. And when ATF has told that, and when ATF knows that permits are going out the door without final determinations being made, then ATF acted reasonably in implementing the Brady Act by disqualifying those state permits. Because if that wasn't the case, then people in Michigan who are prohibited from possessing a firearm in the misdemeanor crime of domestic violence conviction could possess a state permit, could go into a federal firearms licensee, and could purchase a firearm without ever going through the type of background check that Congress has required. And if Michigan state police, again, doesn't want to do these final determinations, the FBI will do them. That's okay. It just means that Michigan concealed pistol licenses won't qualify. That's the conversation that ATF and the Michigan state police had here. The Michigan ATF has communicated again with the Michigan attorney general, has sent her a letter. ATF has no reason to believe the Michigan attorney general has any different understanding than the Michigan state police here. And based on the record, ATF has acted entirely reasonably in implementing the Brady Act. Just one more, sorry to take you back to standing, but I just have one more standing question, which is, I guess, another reason I don't think much of Spokio and TransUnion as providing guidance here. So one other way of thinking about it is we have constitutional rights as opposed to statutory rights, or at least constitutional rights lurking potentially. So take this exact system and make it, in one sense, easier for you. Say the state and federal permitting systems actually are identical. You know, they both last the same amount of time as opposed to one, five years. There's no mismatch. There's just, and there is no difference in doing one or the other. It's just pushing a button and you figure it out one way or the other. So it's basically impossible to show there's any quote, time injury or other hassle injury. But in that case, instead of denying second rights to one person by removing one of the options, they only let you exercise the state option if you're one skin color, okay, as opposed to another skin color. So they prioritize a race of getting this state option. No one would think seriously about, well, before we decide whether there's an Article III case or controversy, we have to figure out whether the victim is going to have to spend more energy in getting access, right? We wouldn't think that, would we? You know, the injury there would be discrimination based on race. A constitutional violation, exactly. And so that's the point here. The constitutionally protected right and constitutionally protected rights are different from pure statutory rights. But wait, what if were the exact same question, a permit to speak in the park or a gun right? And there's door A and door B. Door A is the state, door B is the federal. And the federal government said, if your last name is A through L, you go through the state system. If it's M through Z, you go through the federal system. And then a woman gets married, and she was in the A through L category. She changes her last name, so now she's in the other category. And the government goofs up and makes her go to the other door. But they're exactly the same system. How has she been injured? She went through the state door instead of the federal door, but they're nothing different behind the doors. Yeah, I think I would agree with you in that situation. And there, of course, if the right issue is the First Amendment right, there would be no burden to the right, presumably going through one door versus the other. And here, it's kind of the underlying interest is the ability to purchase a firearm. If they're indistinguishable, a NICS check could be potentially instantaneous. But are they? OK, but now let's ask the real question. Are they indistinguishable? Like, you keep saying the FBI will do the check. That's fine. Then the Michigan CPL just won't count. But obviously, people care about whether their Michigan CPL counts. So why do they care? Why would an individual at the point of sale care? Like, I'm going to show up, I'm going to show my Michigan CPL. And that's better, because then I don't have to go through. Why do they? Obviously, the gun owners of America brought this litigation because it matters to them. I'm not, they still haven't told me quite why. But why do you think it matters? Why did Congress create this system giving two options? I mean, again, I think it's plaintiff's burden to say why it matters. And I haven't heard that from them. So in your view, like, there's no, the whole Brady Act allowing states to administer these systems is for no purpose whatsoever. It's just administrative convenience, like the alphabet A through L. You know, I mean, there could be many purposes to why the Brady Act would offer. Why would it be better for an individual who wants to buy a gun to show up with the CPL? I mean, a NICS check could be instantaneous. There could be circumstances, depending on the record return, that the NICS check could take longer, it could take up to three days. That might be if there needs to be further research. Of course, plaintiffs here haven't alleged that that potential delay or any kind of burden is what would harm them. But why isn't the five-year point relevant? I guess Your Honor is saying that if you possess the CPL for five years, then you have five years of being able to show your CPL as opposed to going through a NICS check. And five years without risk of losing access to guns, right? Because I think the federal government agrees that an intervening prohibited conviction wouldn't destroy the five-year permit. I don't know if that's true as a matter of state law, Your Honor. And I'm simply saying I actually don't. That's true as a matter of federal law is what I'm saying. For federal law does not, I wouldn't think would require the state to subsequently. Right. That's what I'm saying. That's what I'm saying. I don't know if that's true as a matter of Michigan law, that they wouldn't disqualify. I just simply don't know that. And of course, again, the point is it explains the potential benefit. Federal law doesn't dictate the answer to states on that point. So that's another potential benefit. It could be a potential benefit. But again, if you're using the state permit to purchase a firearm and then you have to undergo a NICS check, which a federal firearms licensee could conduct a NICS check on each sale, even if someone presents a concealed pistol license. But if you have to undergo a NICS check, it could be instantaneous. There could be circumstances in which there might be a delay. There could be a variety of things that could happen. Again, we're left to speculate about what plaintiffs actually think is the difference here that matters to them. And that was merely my point earlier, Your Honor, in starting on the standing question. All right. Well, I think thank you so much for we've taken you well over. So we haven't exhausted you, but you're doing a great job answering our questions. So thank you very much. That's the reason we keep asking them. We would stop if we didn't think you were being helpful. So thank you, Mr. Olson. I think you have your rebuttal. Yes, Your Honor. There's a couple of things I'd like to hit on here. One is that the ATF keeps claiming that they're deferring to state officials that this is principles of federalism. I think opposing counsel called it the reasonableness of ATF's actions. But in 2005, when there was not a Michigan statute requiring a NICS check, ATF went to the state police and they said, your permit doesn't qualify. The state police said, OK, well, we will tell local authorities to run NICS checks as a matter of policy, even though it's not in the statute. ATF rejected that. They said policy isn't good enough. We reject your policy. We're not going to look at your policy. We're going to look at the statute. And there is no state statute. And they told Michigan, you need to enact this statute so that you can bring your law into compliance with our law. That is what the legislature did. And now ATF comes in and says, because the state police have this different policy now, given by someone who we don't even know who he is, some low-ranking lawyer that may or may not even work for the state police, we reject that policy. And we're going to knock your permits out. My understanding of the NICS system is that there is either a prohibiting record, where the FBI comes back and says, this person is prohibited, or this person is allowed. We didn't find anything. Or the third option is potentially prohibited, where there is a record. There is a record of a conviction under a state statute. And when we're talking about MCDV, we don't even know what that statute is, because there are MCDVs. There are crimes that aren't. Do you know this exchange we were having with the government was NICS might not only say name of conviction, but then have records with it. So then on the NICS database, there would be records that might show, for example, whether it was the prohibited relationship for misdemeanor domestic violence. Do you have a sense of whether that is in the NICS system? I think that the ones here, they were requiring additional research. That's the holdup is that Michigan was required to go outside of NICS and go to local courthouses or call up clerks and say, can you send us the file? And what are the elements of the crime? What's the domestic relationship? And do that kind of research. And that information is not within the NICS system. And that if it were, it would be an easy call, because there would be an easy way to do this, or there would be a prohibition coming from NICS. They would just say denied if they had that information. And how is that? How are the local police doing this? Well, they're not, your honor. That's the bone of contention here. But how would they do it? No, no. I thought state police were not doing it and local police were. Remember, there's two permanent sheriffs for the licenses to purchase. Yes, they are doing it. And how would they do it? They would go to the state of conviction. They would either look at the pool court records and start analyzing it in some detail. And that's why with this particular prohibiting factor, G9, the MCDV, it's very difficult to make these determinations. Well, thanks to both of you. This is such a tricky case. I mean, I must say it does seem to me to lend itself to the idea of more negotiation. And we're going to think whether we want to solicit or call for the views of the attorney general. It does seem like that might be helpful to see what her stance on this is. But either way, thank you very much for your briefs.